# UNITED STATES COURT OF APPEALS

# FOR THE FIFTH CIRCUIT

No. 97-11227

IN THE MATTER OF:   TLI, INC.

Debtor,

TLI, INC.,

Appellant-Cross-Appellee,

versus

DM LYNN CREDITORS' TRUSTEE,

Appellee-Cross-Appellant.

Appeal from the United States District Court
for the Northern District of Texas
(H-92-CR-19-ALL)

September 14, 1998

Before POLITZ, Chief Judge, EMILIO M. GARZA and STEWART, Circuit Judges.

PER CURIAM:[*]

This matter is before the court on appeal of a judgment of the district court relating to an order of the bankruptcy court.  Having considered the briefs and arguments of counsel, and pertinent parts of the record, and finding neither error nor abuse of discretion, the judgment appealed is AFFIRMED.

_____

[*]Pursuant to 5TH CIR. R. 47.5, the Court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.